1  BRUCE G. VANYO, State Bar No. 60134
   JEROME F. BIRN, JR., State Bar No. 128561
2  CAZ HASHEMI, State Bar No. 210239
   KRISANA M. HODGES, State Bar No. 234629
3  JACK I. SIEGAL, State Bar No. 218088
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100

7  Attorneys for Defendants
   BRIAN M. NESMITH, ROBERT
8  VERHEECKE, and BLUE COAT SYSTEMS,
   INC.

9

10

11              UNITED STATES DISTRICT COURT

12         FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14

15  DRACENA PARTNERS, LLC, Individually and   )   CIVIL ACTION NO.: C-05-1468-MHP
    On Behalf of All Other Persons Similarly  )
16  Situated,                                 )
                                              )
17              Plaintiff,                    )   CLASS ACTION
                                              )
18      vs.                                   )   STIPULATION AND [PROPOSED]
                                              )   ORDER REGARDING
19  BRIAN M. NESMITH, ROBERT                  )   CONSOLIDATION
    VERHEECKE, and BLUE COAT SYSTEMS,         )
20  INC.,                                     )
                                              )
21              Defendants.                   )
                                              )
22

23

24

25

26

27

28

FILED
JUN 2 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    The parties stipulate, and the Court hereby orders, as follows:

2    CONSOLIDATION OF RELATED CASES

3        1.      On May 20, 2005, the Court entered a Related Case Order deeming the following

4    actions as related cases within the meaning of Civil Local Rule 3-12:

5          •    *Dracena Partners, LLC v. NeSmith, et al.*, C-05-1468-MHP, filed April 11, 2005;

6          •    *Hobbs v. Blue Coat Systems, Inc., et al.*, C-05-01520-SBA, filed April 13, 2005;

7          •    *Hefner v. Blue Coat Systems, Inc., et al.*, C-05-01692-MJJ, filed April 25, 2005;

8          •    *Finley v. Blue Coat Systems, Inc., et al.*, C-05-01829-SBA, filed May 3, 2005.

9    These cases are therefore consolidated into Civil Action No. C-05-1468-MHP for pretrial

10   proceedings before this Court. The consolidated action shall be captioned: "In re Blue Coat

11   Systems, Inc. Securities Litigation."

12       2.      All related actions that are subsequently filed in, or transferred to, this District

13   shall be consolidated into this action for pretrial purposes. This Order shall apply to every such

14   related action, absent order of the Court. A party that objects to such consolidation, or to any

15   other provision of this Order, must file an application for relief from this Order within thirty (30)

16   days after the date on which a copy of the order is mailed to the party's counsel.

17       3.      This Order is entered without prejudice to the rights of any party to apply for

18   severance of any claim or action, for good cause shown.

19                       MASTER DOCKET AND CAPTION

20       4.      The docket in Civil Action No. C-05-1468-MHP shall constitute the Master

21   Docket for this action.

22       5.      Every pleading filed in the consolidated action shall bear the following caption:

23   //

24   //

25   //

26   //

27   //

28

STIP AND [PROPOSED] ORDER
RE: CONSOLIDATION
CASE NO. C-05-1468-MHP

                1                C:\NRPORTBL\PALIB1\PB3\2634328_2.DOC

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re BLUE COAT SYSTEMS, INC., SECURITIES LITIGATION | ) ) ) ) ) ) ) | Master File No. C-05-1468-MHP |
| This Document Relates To: | ) ) ) ) ) ) | CLASS ACTION |

10   6.    The file in Civil Action No. C-05-1468-MHP shall constitute a Master File for

11   every action in the consolidated action.  When the document being filed pertains to all actions,

12   the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates

13   To:".  When a pleading applies only to some, but not all, of the actions, the document shall list,

14   immediately after the phrase "This Documents Relates To:", the docket number for each

15   individual action to which the document applies, along with the last name of the first-listed

16   plaintiff in said action (*e.g.*, "No. C-05-01520-SBA (Hobbs)").

17   7.    The parties shall file an administrative motion pursuant to Civil Local Rule 3-12

18   whenever a case that should be consolidated into this action is filed in, or transferred to, this

19   District.  If the Court determines that the case is related, the clerk shall:

20       (a)  place a copy of this Order in the separate file for such action;

21       (b)  serve on plaintiff's counsel in the new case a copy of this Order;

22       (c)  direct that this Order be served upon defendants in the new case; and

23       (d)  make the appropriate entry in the Master Docket.

24   <u>LEAD PLAINTIFF'S COUNSEL</u>

25   8.    After the Court has designated a Lead Plaintiff and Lead Plaintiff's Counsel, Lead

26   Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of,

27   plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations.

28   Lead Plaintiff's Counsel shall manage the prosecution of this litigation to avoid duplicative or

STIP AND [PROPOSED] ORDER
RE: CONSOLIDATION
CASE NO. C-05-1468-MHP

2

C:\NRPORTBL\PALIB1\PB3\2634328_2.DOC

1   unproductive activities. Lead Plaintiff's Counsel shall be responsible for coordination of all

2   activities and appearances on behalf of plaintiffs and for dissemination of notices and orders.

3   Lead Plaintiff's Counsel shall be responsible for communications with the Court. Lead Plaintiff's

4   Counsel shall maintain a master service list of all parties and counsel. Service by Defendants'

5   counsel on Lead Plaintiff's Counsel shall be deemed service on all plaintiffs.

6       9.      Defendants' counsel may rely upon agreements made with Lead Plaintiff's

7   Counsel. Such agreements shall be binding on all plaintiffs.

8                           PLEADINGS AND MOTIONS

9       10.     Defendants are not required to respond to the complaint in any action

10  consolidated into this action, other than a consolidated complaint or a complaint designated as

11  the operative complaint.

12      11.     Lead Plaintiff's Counsel shall file a consolidated complaint within sixty (60) days

13  after filing the order designating the Lead Plaintiff, unless otherwise agreed upon by the parties.

14  The consolidated complaint shall be the operative complaint and shall supersede all complaints

15  filed in any of the actions consolidated therein.

16      12.     Defendants shall respond to the consolidated complaint within sixty (60) days

17  after service, unless otherwise agreed upon by the parties. If defendants file any motions

18  directed at the consolidated complaint, the opposition and reply briefs shall be filed within forty-

19  five (45) days and seventy-five (75) days, respectively, of that response, unless otherwise agreed

20  upon by the parties.

21      13.     The parties shall serve all papers on each other by hand, by overnight delivery, or

22  (by prior agreement) by facsimile, unless otherwise agreed upon by the parties. Notwithstanding

23  the foregoing, defendants may serve plaintiffs' counsel, other than Lead Plaintiff's Counsel, by

24  first-class mail, unless otherwise agreed upon by the parties.

25

26

27

28

STIP AND [PROPOSED] ORDER
RE: CONSOLIDATION
CASE NO. C-05-1468-MHP

                              3                    C:\NRPORTBL\PALIB1\PB3\2634328_2.DOC

1    IT IS SO STIPULATED.

2                                                    Respectfully Submitted,

3    Dated: June 10, 2005
                                                     WILSON SONSINI GOODRICH & ROSATI
4                                                    Professional Corporation

5
                                                     By:_____/s/ Caz Hashemi_____
6                                                              Caz Hashemi

7                                                    Attorneys for Defendants BRIAN M.
                                                     NESMITH, ROBERT VERHEECKE, and
8                                                    BLUE COAT SYSTEMS, INC.

9    Dated: June 10, 2005
                                                     GLANCY BINKOW & GOLDBERG LLP
10

11                                                   By: _____(attached)_____
                                                              Peter A. Binkow
12

13                                                   Lionel Z. Glancy
                                                     Michael Goldberg
                                                     Peter A. Binkow
14                                                   1801 Avenue of the Stars, Suite 311
                                                     Los Angeles, CA 90067
15                                                   Telephone: (310) 201-9150
                                                     Facsimile: (310) 201-9160
16

17                                                   Attorneys for Plaintiff
                                                     DRACENA PARTNERS, LLC
18
     Dated: June 10, 2005
19                                                   BERMAN DEVALERIO PEASE TABACCO
                                                     BURT & PUCILLO
20

21                                                   By:_____/s/ Christopher T. Heffelfinger
                                                              Christopher T. Heffelfinger
22

23                                                   Joseph J. Tabacco
                                                     Christopher T. Heffelfinger
24                                                   425 California Street, Suite 2025
                                                     San Francisco, CA 94104
25                                                   Telephone: (415) 433-3200
                                                     Facsimile: (415) 433-6382
26
                                                     Attorneys for Plaintiffs
27                                                   DAVID HOBBS and GALEN FINLEY

28

STIP AND [PROPOSED] ORDER
RE: CONSOLIDATION
CASE NO. C-05-1468-MHP
                                    4
                                                          C:\NRPORTBL\PALIB1\PB3\2634328_2.DOC

1 | Dated: June 10, 2005

GREEN WELLING LLP

By:_____/s/ Robert Green_____
          Robert S. Green

Robert S. Green
595 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Marc A. Topaz
Richard A, Maniskas
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-706
Facsimile: (610) 667-7056

Attorneys for Plaintiff
VICTOR HEFNER

## [PROPOSED] ORDER

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO

ORDERED.

Dated: 6/22/05

THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER
RE: CONSOLIDATION
CASE NO. C-05-1468-MHP

5

C:\NRPORTBL\PALIB1\PB3\2634328_2.DOC

1     IT IS SO STIPULATED.

2                                               Respectfully Submitted,

3    Dated: June ___, 2005               WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation

4

5

                                              By: _____

6                                                Jerome F. Birn, Jr.

7                                            Attorneys for Defendants
                                            BRIAN M. NESMITH, ROBERT

8                                              VERHEECKE, and BLUE COAT SYSTEMS,
                                             INC.

9

10    Dated: June 10 2005                   GLANCY BINKOW & GOLDBERG LLP

11                                              By: _____

12                                              Peter A. Binkow

13                                              Lionel Z. Glancy
                                             Michael Goldberg

14                                              Peter A. Binkow
                                             1801 Avenue of the Stars, Suite 311

15                                              Los Angeles, CA 90067
                                             Telephone: (310) 201-9150

16                                              Facsimile: (310) 201-9160

17                                              Attorneys for Plaintiff
                                             DRACENA PARTNERS, LLC

18

19    Dated: June ___, 2005               BERMAN DEVALERIO PEASE TABACCO
                                               BURT & PUCILLO

20

21

                                              By:_____

22                                              Christopher T. Heffelfinger

23                                              Joseph J. Tabacco
                                             Christopher T. Heffelfinger

24                                              425 California Street, Suite 2025
                                             San Francisco, CA 94104

25                                              Telephone: (415) 433-3200
                                             Facsimile: (415) 433-6382

26

27                                              Attorneys for Plaintiffs
                                             DAVID HOBBS and GALEN FINLEY

28

STIP AND [PROPOSED] ORDER
RE: CONSOLIDATION
CASE NO. C-05-1468-MHP

                                  4    M:\DOCUME~1\PBINKOW\LOCALS~1\TEMP\61\2634328_2.DOC