1 | Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
2 | 595 Market Street, Suite 2750
San Francisco, CA 94105
3 | Telephone: (415) 477-6700
Facsimile: (415) 477-6710
4 | Email: cand.uscourts@classcounsel.com

5 | Liaison Counsel for Lead Plaintiff Roberts Group

6 | Michael K. Yarnoff (myarnoff@sbclasslaw.com)
Karen E. Reilly (kreilly@sbclasslaw.com)
7 | **SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
8 | Radnor, PA 19087
Telephone: (610) 667-7706
9 | Facsimile: (610) 667-7056

10 | Lead Counsel for Lead Plaintiff Roberts Group

**FILED**

OCT 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC., SECURITIES LITIGATION | Master File No. C-05-1468-MHP |
| | **CLASS ACTION** |
| This Document Relates To: | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |
| All Actions. | |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, plaintiff Victor Hefner filed a class action complaint on behalf of himself and all others similarly situated against Blue Coat Systems, Inc., Brian M. NeSmith, and Robert Verheecke on April 25, 2005, captioned *Hefner v. Blue Coat Systems, Inc., et. al.*, Case No. C-05-1692-MJJ ("Complaint"); and

1    WHEREAS, on June 22, 2005, the Court entered an order consolidating four securities
2  actions into a single action for pretrial proceedings captioned *In re Blue Coat Systems, Inc.*
3  *Securities Litigation*, Master File No. C-05-1468-MHP; and
4    WHEREAS, on August 8, 2005, the Court entered an order appointing the Roberts Group
5  as Lead Plaintiff and approving the selection of Schiffrin & Barroway, LLP as Lead Counsel
6  and Green Welling LLP as Liaison Counsel; and
7    WHEREAS, the Roberts Group after further investigation, no longer intends to pursue
8  this litigation, at this time on behalf of itself or the class;
9    NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of
10 Civil Procedure 41(a)(1), the Roberts Group voluntarily dismisses this consolidated action and
11 the Complaint without prejudice. Green Welling LLP and Schiffrin & Barroway, LLP withdraw
12 from representation of the Roberts Group's interests in this action.

DATED: October 7, 2005          **GREEN WELLING LLP**

By: ____/s/____
        Robert S. Green

595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

*Liaison Counsel for Lead Plaintiff Roberts Group*

Michael K. Yarnoff
Karen E. Reilly
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Lead Plaintiff Roberts Group*

[Handwritten note: The Clerk shall close all files consolidated into this action: 05-1468, 05-1520, 05-1692, 05-1829]

[Handwritten date: 10/18/05]

IT IS SO ORDERED
_____
U.S. DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL
Master File No. C-05-1468-MHP

2

## CERTIFICATE OF SERVICE

I, Leslie R. Cuesta, hereby declare as follows:

I am employed by Green Welling, A Limited Liability Partnership, 595 Market Street, Suite 2750, San Francisco, California 94105. I am over the age of eighteen years and am not a party to this action. On October 7, 2005, I served the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

by electronic transmission of a Notice of Electronic Filing via the United States District Court, Northern District of California's Electronic Case File program the above listed document(s) to the email address(es) registered in the case on this date.

In compliance with Civil L.R. 23-2, service is also made via electronic mail to a Designated Internet Site that is identified by its physical and electronic addresses set forth below.

> Securities Class Action Clearinghouse
> Stanford University School of Law
> Crown Quadrangle
> Stanford, CA 94305-8612
> Email: jcarlos@law.stanford.edu

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed October 7, 2005, at San Francisco, California.

_____/s/_____
Leslie R. Cuesta

NOTICE OF VOLUNTARY DISMISSAL
Master File No. C-05-1468-MHP